IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | MAGISTRATE MATTER |
| | : | |
| v. | : | NO. 11-559 |
| | : | |
| JOSEPHINE WINSOR | : | Violation No. 2158261 |

**O R D E R**

AND NOW, this 14th day of April, 2011, the Defendant having been given notice of and convicted of a violation of the Migratory Bird Act by her possession of a dead Yellow-Bellied Sapsucker, and the parties having been heard on an appropriate penalty, the Court HEREBY ORDERS and DECREES that:

1. The National Park Service is hereby directed to take all steps necessary to retain and deliver to a taxidermist the remains of the bird that is the subject of this violation for preservation;

2. The defendant shall pay up to the sum of Three Hundred Fifty ($350.00) Dollars for the preservation of the bird;

3. The National Park Service shall place the bird into service either for educational and/or display purposes, with first priority given to such service at the National Historical Park at Valley Forge.

BY THE COURT:

/s/Jacob P. Hart

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**